# Court of Appeals
# of the State of Georgia

ATLANTA,   June 21, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2025.  IN RE: ESTATE OF MARTHA ANN FLOYD.**

In July of 2010, Allen McKeown, as executor, filed a petition for letters testamentary for the will of Martha Ann Floyd.  Celeste Glass-Francis, Floyd's granddaughter, filed a caveat and objection to the petition.  In March of 2011, the DeKalb County Probate Court entered an order probating the will, in which it ordered the executor to file a petition for declaratory judgment to rule on any ambiguities in the will.  The parties entered a consent agreement, which resolved the petition.  Five months later, Glass-Francis filed a motion to set aside the consent order under OCGA § 9-11-60 (d).  The trial court denied the motion, and Glass-Francis filed this notice of appeal.

An appeal from the denial of a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal.  OCGA § 5-6-35 (a) (8); see *Conseco Finance Servicing Corp. v. Hill*, 252 Ga. App. 774, 780 (7) (556 SE2d 468) (2001). Glass-Francis's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this appeal, which is accordingly DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 06/21/2012
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*